1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       James.C.Mann@usdoj.gov

8  Attorneys for United States of America

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-4-13-71012 MAG
                                     )
14                                   )   STIPULATED REQUEST TO CONTINUE AND
                                     )   EXCLUDE TIME PURSUANT TO THE SPEEDY
15      v.                           )   TRIAL ACT AND [PROPOSED] ORDER
                                     )
16  STANLEY LOGWOOD,                 )   Date:    February 28, 2014
                                     )   Time:    9:30 a.m.
17          Defendant.               )   Court:   Hon. Kandis A. Westmore
                                     )
18  

19      The above-captioned matter is set on February 28, 2014 before this Court for preliminary hearing

20  or arraignment. The parties request, however, that this matter be continued to March 31, 2014. Defense

21  counsel is continuing to review discovery related to this case and other related cases. Additionally,

22  defense counsel has been in another federal trial in San Francisco since February 10, 2014. The parties,

23  therefore, request that this Court exclude time pursuant to 18 U.S.C. § 3161(b) (which governs

24  ////

25  ////

26  ////

27  ////

28  
    STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
    CR-4-13-71012 MAG

the timing for return of an indictment or information), and extend the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d).

DATED: February 19, 2014

MELINDA HAAG
United States Attorney

_____/s/_____                    _____/s/_____
JAMES C. MANN                                                     JAI M. GOHEL
Assistant United States Attorney                             Counsel for Defendant

    IT IS HEREBY ORDERED that, this matter is continued to March 31, 2014 at 9:30 a.m., and good cause having been shown, time is excluded between February 28, 2014 and March 31, 2014 pursuant to 18 U.S.C. § 3161(b) (which governs the timing for return of an indictment or information), and the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d) is extended from February 28, 2014 to March 31, 2014.

DATED: 2/20/14                                              _____
                                                                              HON. KANDIS A. WESTMORE
                                                                              United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-13-71012 MAG