MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    James.C.Mann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-4-13-71012 MAG |
|---|---|
| v. | ) STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |
| STANLEY LOGWOOD, | ) Date:    May 16, 2014 |
| Defendant. | ) Time:    9:30 a.m. |
|  | ) Court:   Hon. Donna M. Ryu |

The above-captioned matter is set on May 16, 2014 before this Court for preliminary hearing or arraignment. The parties request, however, that this matter be continued to May 22, 2014. The United States is aware of the Court's Order following the last stipulation to continue this matter. Counsel for the United States, however, is out of the state on May 16, 2014. As a result, the parties request that this Court grant this brief continuance to allow counsel for the United States to be present at the hearing to provide the Court with the status of this matter and to respond to the Court's inquiries. The parties further request that this Court exclude time pursuant to 18 U.S.C. § 3161(b) (which governs the timing

////

////

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-13-71012 MAG

for return of an indictment or information), and extend the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d).

DATED: May 12, 2014

MELINDA HAAG
United States Attorney

_____/s/_____         _____/s/_____
JAMES C. MANN                              JAI M. GOHEL
Assistant United States Attorney           Counsel for Defendant

  IT IS HEREBY ORDERED that, this matter is continued to May 22, 2014 at 9:30 a.m., and good cause having been shown, time is excluded between May 16, 2014 and May 22, 2014 pursuant to 18 U.S.C. § 3161(b) (which governs the timing for return of an indictment or information), and the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d) is extended from May 16, 2014 to May 22, 2014.

DATED: 5/13/14

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-13-71012 MAG